## Jules E. Jenkins, Appellant, v. Northwestern Mutual Life Insurance Company, Appellee.

### Gen. No. 42,949.

Heard in the second division, first district, this court at the December term, 1943; opinion filed June 15, 1945; released for publication June 27, 1945. David H. Caplow, Sol Andrews and Maurice L. Davis, for appellant; Wm. Marshall Bullitt, special counsel for appellee; Hoyne, O'Connor & Rubinkam, Scott, Mac-Leish & Falk and Winston, Strawn & Shaw, of counsel. Opinion by PRESIDING JUSTICE SULLIVAN. Not to be published in full.

## Max A. Goldsmith, Appellant, v. Massachusetts Mutual Life Insurance Company, Appellee.

### Gen. No. 42,950.

Heard in the second division, first district, this court at the December term, 1943; opinion filed June 15, 1945; released for publication June 27, 1945. David H. Caplow, Sol Andrews and Maurice L. Davis, for appellant; Eckert & Peterson, for appellee; Walter H. Eckert, Tom Leeming and Owen Rall, of counsel. Opinion by PRESIDING JUSTICE SULLIVAN. Not to be published in full.